## 21994. SELLERS *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of simple larceny (cattle-stealing), and his motion for a new trial contained only the usual general grounds. The evidence amply authorized the verdict, and the refusal to grant a new trial was not eror.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 12, 1932.

*J. A. Drake,* for plaintiff in error.

*B. T. Castellow, solicitor-general, Bond Almand,* contra.